YASH RANA, Petitioner-Appellant, *v.* BISHOP INSURANCE OF HAWAII, INC., a Hawaii corporation, Respondent-Appellee

NO. 10097

(CIVIL NO. 78040)

DECEMBER 5, 1985

LUM, C.J., NAKAMURA, PADGETT, HAYASHI AND WAKATSUKI, JJ.

OPINION OF THE COURT BY WAKATSUKI, J.

The question before the court, upon a petition for writ of certiorari, is whether the Hawaii No-Fault Law, Hawaii Revised Statutes (HRS) Chapter 294, as amended, precludes the stacking of basic no-fault insurance coverages where the injured named insured has a single insurance policy covering several vehicles.

The Intermediate Court of Appeals, upon reviewing legislative history, held that HRS §§ 294-2(10)[1] and -3(c)[2] preclude the stacking of basic no-fault insurance policies and coverages.

We adopt and affirm the reasoning and decision of the Intermediate Court of Appeals.

*A. Peter Howell* on the briefs for Petitioner-Appellant.

*David L. Stretch* and *Roy F. Hughes* on the brief for Respondent-Appellee.

---

[1] § 294-2 Definitions. As used in this chapter:

. . . .

(10) "No-fault benefits" with respect to any accidental harm shall be subject to an aggregate limit of $15,000 per person or his survivor and means[.]

[2] § 294-3 Right to no-fault benefits. . . .

(c) "Maximum limit". The total no-fault benefits payable per person or on his death to his survivor on account of accidental harm sustained by him in any one motor vehicle accident shall be $15,000, regardless of the number of motor vehicles involved or policies applicable.